JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 09-5234 RJB |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. | ) ) | |
| BRUCE EDWARD HAWKINS, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that his case is so unusual and complex due to the nature of the prosecution and the existence of novel questions of fact and law that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time periods established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

3. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Bruce Hawkins;* CR09-5234RJB)     1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date be continued from November 23, 2009, to March 8, 2010. The pretrial conference will be continued from November 13, 2009, to February 26, 2010.

IT IS FURTHER ORDERED that pretrial motions are due February 11, 2010.

FURTHERMORE IT IS ORDERED that the period of time from the current trial date of November 23, 2009, up to and including the new proposed trial date of March 8, 2010, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 7th day of October, 2009.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

Presented by:

s/ Jennifer E. Wellman
WSBA # 29193
s/ Robert H. Gombiner
WSBA # 16079
Attorneys for Bruce Edward Hawkins
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:     (206) 553-0120
jennifer_wellman@fd.org
robert_gombiner@fd.org

s/ Carl Blackstone
s/ Tessa Gorman
Assistant United States Attorneys
*E-Mail   Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Bruce Hawkins;* CR09-5234RJB)             2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington   98101**
**(206) 553-1100**